CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

___CEDRIC DENSON___                              _____MYONG PAE_____
Plaintiff(s)                       vs                    Defendant(s)

CIVIL ACTION NO. 19-cv-01609-DLF
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Citibank, N.A._____

___1400 G Street NW, Washington, DC 20005_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on _____October 10, 2021_____ in the amount of __One Hundred Ninety-Three Thousand, Nine Hundred Sixty-Eight & 88/100__ ($__193,968.88__) and the costs amounting to $ _____0.00_____ with interest at _____0.00_____% from _____0.00_____ less credits of $ _____0.00_____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this _____ day of _____, _____.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Justin Zelikovitz, Esq_____
Attorney for Plaintiff

DCWageLaw_____

519 H Street NW, Washginton, DC 20001_____

202-803-7030_____
Address & Telephone Number

**INTERROGATORIES IN ATTACHMENT**

**NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____

_____

_____

_____

_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____                    _____
                                                                            Garnishee