**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CEDRIC DENSON<br><br>    Plaintiff,<br><br>v.<br><br>DC RESTAURANT HOLDINGS, INC., et al.<br><br>    Defendants | Case No. 1:19-cv-01609-DLF |

### PLAINTIFF'S MOTION FOR JUDGMENT AGAINST GARNISHEE PNC BANK, N.A.

Plaintiff moves the Court to enter judgment against Garnishee PNC Bank, N.A. ("PNC Bank") in the amount of $16,700.30 and states the following in support.

### BACKGROUND

On October 27, 2021, the Court entered judgment for Plaintiff and against Defendants Myong Pae and Dong Park in the amount of $182,551.28 in unpaid wages and liquidated damages and $11,417.60 in attorneys' fees and costs.

On August 8, 2024, the Court issued a Writ of Attachment directed to PNC Bank. *See* Ex. A. On August 12, 2024, this writ was served on PNC Bank. *See* Ex. B. On August 23, 2024, PNC Bank responded that it was in possession of $16,700.30 belonging to Defendant Myong Pae. *See* ECF No. 67.

### ARGUMENT

D.C. Code § 16-556 states:

> …[I]f a garnishee has admitted credits in his hands, in answer to interrogatories served upon him, or the credits have been found upon an issue made as provided by this chapter, judgment shall be entered against him for the amount of credits admitted or found, not

exceeding the amount of the plaintiff's judgment, and costs, and execution shall be had thereon not to exceed the credits in his hands…

Neither Defendant Myong Pae nor Garnishee PNC Bank have interposed any reason why the funds in question should not be turned over to the Plaintiff. Accordingly, PNC Bank should now turn over the $16,700.30 belonging Defendant Myong Pae that PNC Bank admits it possesses.

## PRAYER FOR RELIEF

For the foregoing reasons, Plaintiff moves the Court to enter judgment against Garnishee PNC Bank, N.A. in the amount of $16,700.30.

Date: August 24, 2024

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN TUCKER, 1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
jt@dcwagelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2024, I caused to be served the foregoing motion, as well as the attached exhibits and proposed order, on Defendant Myong Pae and Garnishee PNC Bank, N.A., via first class mail to:

Myong Pae
2846 Hideaway Road
Fairfax, VA 22031

PNC Bank, N.A.
c/o Corporation Service Company
1090 Vermont Avenue NW, Suite #430
Washington, DC 20005

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001