

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC DENSON<br><br>Plaintiff,<br><br>v.<br><br>DC RESTAURANT HOLDINGS, INC., et al.<br><br>Defendants. | Case No. 1:19-cv-01609-DLF |

## AFFIDAVIT OF SERVICE

I, Yovan Diaz Reyes, declare that I am more than 18 years of age, that I am competent to testify about the subjects declared herein, and that the following declarations are true to the best of my knowledge, information, and belief.

1. I am a receptionist at Plaintiff's counsel's firm.

2. On August 12, 2024, at approximately 12:21 p.m., I served PNC Bank, N.A., with a Writ of Attachment.

3. I served this document by handing it to Max Schriner, Workflow Coordinator and Authorized Agent of PNC Bank, N.A.'s registered agent: Corporation Service Company, 1090 Vermont Avenue NW, Suite 430, Washington, DC 20005.

4. Max Schriner is of the following approximate physical description: Sex: Male; Age: 30-35; Height: 5'5"; Weight: 160-180 lbs.; Skin Color: White; Hair Color: Brown.

I, YOVAN DIAZ REYES, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_/s/ Yovan Diaz Reyes_   8/23/2024
Yovan Diaz Reyes            Date

August 23, 2024						Respectfully submitted,

						**DCWageLaw**

						By: /s/ Justin Zelikovitz
						JUSTIN ZELIKOVITZ, #986001
						JONATHAN TUCKER, #1026050
						519 H Street NW
						Washington, DC 20001
						Phone: (202) 803-6083
						Fax: (202) 683-6102
						justin@dcwagelaw.com
						jt@dcwagelaw.com

						*Counsel for Plaintiff*