IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC DENSON<br><br>    Plaintiff,<br><br>v.<br><br>DC RESTAURANT HOLDINGS, INC., et al.<br><br>    Defendants. | Case No. 1:19-cv-01609-DLF |

**ORDER**

Upon consideration of Plaintiff's Motion for Judgment Against Garnishee PNC Bank, N.A., it is, this _____ day of _____, 2024, pursuant to D.C. Code § 16-556(a), hereby:

ORDERED, that the Motion is GRANTED; and

ORDERED, that Judgment shall be entered in favor of Plaintiff and against Garnishee PNC Bank, N.A. in the amount of $16,700.30.

**SO ORDERED.**

_____
Judge Dabney L. Friedrich

1