# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC DENSON,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>DC RESTAURANT HOLDINGS, INC., *et al.*,<br><br>　　　　*Defendants*. | No. 19-cv-01609 (DLF) |

## ORDER

    Before the Court is the plaintiff's unopposed Motion for Judgment against Garnishee PNC Bank, N.A.,[1] Dkt. 68. After having considered the garnishee's Answer to Interrogatories on Writ of Attachment, Dkt. 67, and pursuant to D.C. Code § 16-556(a), the Court will GRANT the motion. Accordingly, it is

    **ORDERED** that Judgment shall be entered in favor of the plaintiff and against the garnishee PNC Bank, N.A. in the amount of $16,700.30.

    **SO ORDERED.**

October 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　DABNEY L. FRIEDRICH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The plaintiff's Docket Entry incorrectly states the motion as one against garnishee TD Bank.