# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC DENSON<br><br>    Plaintiff,<br><br>v.<br><br>DC RESTAURANT HOLDINGS, INC., et al.<br><br>    Defendants | Case No. 1:19-cv-01609-DLF |

## CONSENT MOTION TO VACATE JUDGMENT AGAINST GARNISHEE PNC BANK, N.A.

Plaintiff moves the Court to vacate the judgment it entered against Garnishee PNC Bank, N.A. at ECF No. 70 in light of the attached order issued by the United States Bankruptcy Court for the Eastern District of Virginia. Defendant Myong Pae consents to this motion.

Date: January 9, 2025

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN TUCKER, 1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
jt@dcwagelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I caused to be served the foregoing motion, as well as the proposed order, on Defendant Myong Pae and Garnishee PNC Bank, N.A., via first class mail to:

Myong Pae
c/o David C. Jones, Jr.
Law Office of David C. Jones, Jr.
10617 Jones Street, Suite 301-A
Fairfax, Virginia 22030

PNC Bank, N.A.
c/o Corporation Service Company
1090 Vermont Avenue NW, Suite #430
Washington, DC 20005

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001