UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:                                    )
                                          )   Case No. 24-11636
MYONGKU JASON PAE                         )
                                          )   Chapter 7

**ORDER**

This matter came before the Court on the Debtor's Motion to avoid a garnishment lien which Creditor Cedrick Denson filed against a bank account at PNC Bank. It appearing that notice was given to said creditor pursuant to Local Bankruptcy Rule 9013-1(H) and that no opposition has been filed in a timely manner; and

It further appearing that to the extent that Debtor has any ownership interest in the PNC bank account, that the garnishment lien impairs Debtor's available wildcard homestead exemption pursuant to Virginia Code 34-4 and that said lien is therefore avoidable under 11 U.S.C. §522(f)(1)(A), there is good cause to grant the Motion, it is therefore

ORDERED that the garnishment lien of creditor Cedrick Denson against the PNC Bank account is hereby avoided pursuant to 11 U.S.C. §522(f)(1)(A) and said lien is hereby released.

Dated: Jan 3 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

I ask for this:

/s/ David C. Jones, Jr.
David C. Jones, Jr., VSB 37483
Counsel for Debtor
10617 Jones Street, Suite 301-A
Fairfax, Virginia 22030
703-273-7350

Entered On Docket: Jan 3 2025

David C. Jones, Jr., VSB 37483
10167 Jones Street, Suite 301-A
Fairfax, Virginia 22030
703-273-7350
Counsel for Debtor

## Certification

Pursuant to Local Rule 9022-1 (C)(2), I hereby certify that a copy of this Proposed Order was signed by all necessary parties.

/s/David C. Jones, Jr.
David C. Jones, Jr.

Copies to:

David C. Jones, Jr., Counsel for Debtors, by CM/ECF

Office of the U.S. Trustee by CM/ECF

H. Jason Gold, Chapter 7 Trustee, by CM/ECF

Cedrick Denson
c/o DCWageLaw
519 H Street NW
Washington, DC 20001-0000